UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BORUCH TEITELBAUM, individually and on
behalf of all others similarly situated,

                Plaintiff,

  v.

I.C. SYSTEM, INC., and JOHN DOES 1–25,

                Defendants.
---------------------------------------------------------------X

JUDGMENT

20-CV-3272 (PKC) (LB)

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on June 1, 2021, granting the motion to dismiss; and dismissing the Complaint; it is

       ORDERED and ADJUDGED that the motion to dismiss is granted; that the Complaint is dismissed; and that judgment is hereby entered in favor of all defendants.

Dated: Brooklyn, New York
       June 2, 2021

                                                               Douglas C. Palmer
                                                               Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk